# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

March 10, 2023



Clerk
United States Court of Appeals for the Fifth
Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re: Joseph R. Biden, President of the United States, et al.
v. Louisiana, et al.
Application No. 22A794
(Your No. 22-30019)

Dear Clerk:

The application for an extension of time within which to file a petition
for a writ of certiorari in the above-entitled case has been presented to
Justice Alito, who on March 10, 2023, extended the time to and including
April 18, 2023.

This letter has been sent to those designated on the attached
notification list.

Sincerely,

Scott S. Harris, Clerk

by

Susan Frimpong
Case Analyst

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Mrs. Elizabeth B. Prelogar
Solicitor General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530-0001


Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130